IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELIAS RICARDO MIELES-PARRAGA,

Petitioner,

v. No. 2:26-cv-03701-KG-JHR

MARKWAYNE MULLIN, et al.,

Respondents.

**ORDER TO ANSWER**

Petitioner Elias Ricardo Mieles-Parraga filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on November 3, 2026. Doc. 1. He requests that the Court issue an order directing Respondents to Show Cause why the petition should not be granted, pursuant to 28 U.S.C. § 2243. Doc. 1 at 20, Doc. 2. Having reviewed the Petition, the Court concludes that the claims must be resolved on a full record, including an answer from Respondents. Therefore, Petitioner's request that the Court issue an order to show cause is denied. *See Teran v. Bondi*, 2025 WL 3158150, at *2 (D.N.M.) ("Habeas Rule 4 grants a district judge discretion to set a time for respondents to answer or otherwise respond to the habeas petition.").

The USAO shall answer the Petition within 10 business days of service of the Petition. Petitioner may file an optional reply within 7 days after the answer is filed. Any outstanding filing fees are due within 30 days, if Petitioner has not already paid the $5.00 fee. Petitioner may file a motion to proceed in forma pauperis in lieu of payment. The Clerk's Office shall confirm that the docket lists the following Respondents: the facility Warden; Mary De Anda-Ybarra; David Venturella; Todd Blanche; and Markwayne Mullin.

Respondents are hereby enjoined from transferring Petitioner outside the District of New Mexico without prior approval from the Court while this proceeding is pending. The Court

retains jurisdiction to enforce this Order until an administratively final order of removal is being effectuated. Petitioner's counsel shall timely notify the Court of any material changes to Petitioner's circumstances, including, but not limited to, upcoming agency deadlines, administrative orders, removal, and release.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.